UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNTRUST BANK,

    Plaintiff,

v.                                            Case No. 8:09-cv-00730-T-24-TBM

SUSAN STANTON WITHERS a/k/a
SUSAN MICHELE WITHERS a/k/a
SUSAN S. WITHERS a/k/a
SUSAN WITHERS a/k/a
S. WITHERS,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion for Final Default Judgment. (Doc. No. 17). As explained below, the motion is granted.

Plaintiff sued Defendant for Defendant's failure to make payments due under a loan instrument. In the complaint, to which a copy of the loan instrument was attached, Plaintiff alleged that Defendant borrowed $200,000 and failed to make scheduled payments due under that instrument. Defendant failed to respond to the complaint, and the Clerk entered default on February 17, 2010. (Doc. No. 16). The amount due includes the principal sum of $193,747.34 plus interest upon the principal, accruing at the rate of 8.50% from October 2, 2006, through the date of the judgment. (Doc. No. 17 at 3; and Ex. 1 at 2). Plaintiff now moves for entry of default judgment in that amount plus costs. The Court has reviewed the complaint, exhibits and motion and finds entry of default judgment appropriate.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Final Default Judgment (Doc. No. 17) is **GRANTED**. The Clerk is directed to enter judgment in favor

of Plaintiff in the amount of the principal sum of $193,747.34 plus interest upon the principal, accruing at the rate of 8.50% from October 2, 2006, through the date of the judgment plus costs and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of March, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record